UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Sanders v. Monsanto Co.*, 16-cv-5752<br>*Domina v. Monsanto Co.*, 16-cv-5887<br>*Tanner v. Monsanto Co.*, 19-cv-4099<br>*Pollard v. Monsanto Co.*, 19-cv-4100<br>*Dickey v. Monsanto Co.*, 19-cv-4102<br>*Janzen v. Monsanto Co.*, 19-cv-4103<br>*Mendoza v. Monsanto Co.*, 19-cv-6046 | **PRETRIAL ORDER NO. 185:<br>LETTER BRIEF RE DEPOSITIONS OF SPECIFIC-CAUSATION EXPERTS**<br>Re: Dkt. No. 7209 |

The depositions of Dr. Sawyer and Mr. Petty are each limited to two days.

**IT IS SO ORDERED.**

Dated: October 31, 2019

_____

VINCE CHHABRIA
United States District Judge